IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01448-MSK-MJW

EDMUND MICHAEL OUELLETTE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**ORDER RE: STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER**
( Docket No. 22 )

---

The Court having reviewed the stipulated motion for the entry of protective order, having reviewed the protective order and finding that good cause exists for its entry hereby GRANTS the stipulated motion. The Protective Order attached as Exhibit A to the Motion for Entry is entered is as an order of this Court.

    Done this 17TH day of December, 2007.

                                     BY THE COURT

                                     District Court Judge