IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01448-MSK-MJW

EDMUND MICHAEL OUELLETTE,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the defendant's Unopposed Motion to Vacate and Reset Settlement Conference (Docket No. 30) is granted. Accordingly, the settlement conference currently set for May 5, 2008, at 10:00 a.m. is vacated and reset to June 13, 2008, at 1:30 p.m.

Date: May 2, 2008