# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 07-cv-01448-MSK-MJW

EDMUND MICHAEL OUELLETTE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendants.

---

## MINUTE ORDER RE: UNOPPOSED MOTION
## TO MODIFY SCHEDULING ORDER
(DN 34)

---

It is hereby ORDERED that the Unopposed Motion to Modify Scheduling Order, DN 34, filed with the Court on May 12, 2008, is GRANTED. The Scheduling Order shall be amended as follows:

1. The filing of Expert Reports by the Defendants shall be due on or before June 11, 2008.

2. The Discovery Cutoff date shall be extended up to and including July 11, 2008.

Date: May 13, 2008

_____